UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 SEP -5 PM 12: 23

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 2737 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Jacinto HERNANDEZ-Hernandez (AKA: Jacinto Hernandez) | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about, **August 28, 2008,** within the Southern District of California, defendant, **Jacinto HERNANDEZ-Hernandez, (AKA: Jacinto Hernandez)** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **September 2008.**

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On August 28, 2008, the defendant identified as, **Jacinto HERNANDEZ-Hernandez, (AKA: Jacinto Hernandez)** was arrested by the San Diego Sheriff's Office for violation of California Vehicle Code 23152 (A) "DUI Alcohol/Drugs" and booked into County Jail. While in custody of county jail, an Immigration Agent determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail.

On September 4, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Jacinto HERNANDEZ-Hernandez, (AKA: Jacinto Hernandez)** has been ordered removed from the United States by an Immigration Judge on or about August 17, 1999 and removed to Mexico, via the Calexico Port of Entry on August 19, 1999. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **Jacinto HERNANDEZ-Hernandez, (AKA: Jacinto Hernandez)**, a citizen and national of Mexico.